IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| OMER INAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-049 (AJT-WEF) |
| TODD LYONS, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER

Before the Court is Petitioner Omer Inan's Petition for Writ of Habeas Corpus, [Doc. No. 1] (the "Petition"), filed on January 8, 2026.

Petitioner is a citizen of Turkey, who entered the United States without inspection on March 20, 2023. [Doc. No. 1] ¶¶ 5, 14, 42. In December 2025, Petitioner was arrested and taken to Farmville Detention Center, and then transferred to the Adams County Detention Center, where he remains detained. *Id.* ¶¶ 1, 14, 43, 47. Petitioner has not been provided a bond redetermination hearing before an Immigration Judge. *Id.* ¶¶ 14, 47.

On January 9, 2026, in response to a Court order, Respondents submitted that the factual and legal issues presented in the Petition do not differ in any material fashion from those presented in *Hernandez v. Crawford*, No. 1:25-CV-01565-AJTWBP, 2025 WL 2940702 (E.D. Va. Oct. 16, 2025), or the other opinions of this Court cited therein. [Doc. No. 4]. Accordingly, the Court incorporates the filings in *Hernandez* into the record of this habeas action. For the reasons stated in *Hernandez*, the Petition is GRANTED, and it is hereby

**ORDERED** that Respondents provide Petitioner with a bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order; and

it is further

**ORDERED** that if Petitioner is granted bond by an Immigration Judge, Respondents are ENJOINED from denying bond to Petitioner, or from invoking the automatic stay provision pursuant to 8 C.F.R. § 1003.19(i)(2); and it is further

**ORDERED** that Respondents file a status report with this Court within three days of the bond hearing, stating whether Petitioner has been granted bond, and, if his request for bond was denied, the reasons for that denial.

The Clerk is directed to send copies of this Order to all counsel of record, and to terminate the case.

Alexandria, Virginia
January 15, 2026

Anthony J. Trenga
Senior U.S. District Judge